Kathryn Tassinari
Robert Baron
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR  97401
(541) 686-1969
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ABIGAL MALONE, ) | Case No. 2:13-cv-00790-BR |
| ) | |
| Plaintiff, ) | ORDER APPROVING PLAINTIFF'S |
| ) | MOTION FOR ATTORNEY FEES |
| vs. ) | PURSUANT TO 42 U.S.C. §406(b) |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $3,178.50 for attorney fees pursuant to 42 U.S.C. §406(b).  The Commissioner shall deduct from this amount an administrative assessment under 42 U.S.C. §406(d) and pay Plaintiff's counsel the balance.  In the event EAJA fees are paid

/ / /


/ / /

ORDER APPROVING MOTION FOR ATTORNEY FEES UNDER TO 42 U.S.C.§406(b) - 1

to Plaintiff's counsel, Plaintiff's counsel shall refund any fee paid pursuant to this Motion to Plaintiff.

IT IS SO ORDERED this 8th day of February, 2015.

_____
United States District Judge/Magistrate

PRESENTED BY:
Kathryn Tassinari
Of Attorneys for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES UNDER TO 42 U.S.C.§406(b) - 2